UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00040-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREGORY GARCIA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court *sua sponte* regarding the briefing deadlines for post-trial motions in this case. After a three-day trial and a jury verdict of guilty, Defendant made an oral motion pursuant to Federal Rule of Criminal Procedure Rule 29, which was taken under advisement. Defendant also filed a timely motion pursuant to Rule 33. See (#38). Defendant then requested a transcript of the trial in order to aid in his briefing of those motions. The court, having conferred with the court reporter, believes that the transcript will be filed no later than August 28, 2015. Upon the filing of the transcript, the court will allow both parties seven (7) days to submit briefs on the pending motions. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that upon the date the trial transcript in this case becomes available, each party shall have seven (7) days to submit briefs on the post-trial motions. As the parties are already aware of one another's arguments based on the colloquy in open court, the court will not allow responses to the written briefs.

Signed: August 26, 2015

Max O. Cogburn Jr.
United States District Judge