UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00040-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREGORY GARCIA,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the Government's Motion for Reconsideration of Court's Briefing Order (#47), in which the Government requests that the court allow written responses to the post-trial briefs in this matter. Having considered the motion, and for the reasons stated therein, the court will allow a short response period so that the parties have a fair opportunity to fully develop their arguments. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Reconsideration of Court's Briefing Order (#47) is **GRANTED in part and DENIED in part**, and each side shall be allowed to respond to the post-trial briefs. ECF indicates that the briefing deadlines for post-trial motions in accordance with this court's Order of August 26, 2015 (#43) are due Thursday, September 3, 2015. Accordingly, each side shall be allowed up to and inclusive of Wednesday, September 9, 2015 to so respond to such briefs.

Signed: September 2, 2015



Max O. Cogburn Jr.
United States District Judge